IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

RECEIVED
2025 JUL -3 P 7:11
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Samantha Poole Carter
8 Hampton Way
Dothan, AL 36305
Plaintiff(s),

v.

Cada Mills Carter, JR
127 Radford Circle
Dothan, AL 36303
Defendant(s).

CIVIL ACTION NO. 1:25-cv-00494-ECM-KFP

JURY DEMAND (MARK ONE)

☑ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Samantha Poole Carter 8 Hampton Way Dothan, AL 36305 (334)714-8182

2. Name and address of defendant(s): Cada Mills Carter, JR 127 Radford Circle Dothan, AL 36303 (334) 796-6747

3. Place of alleged violation of civil rights: Houston County AND DALE County Incidents from Ozark, Dale County and Houston County.

4. Date of alleged violation of civil rights: Ongoing - December 2023

5. State the facts on which you base your allegation that your constitutional rights have been violated: See attached Civil Complaint packet for full list of parties, jurisdiction, factual allegations, causes of action and relief requested. All facts are declared under penalty of perjury and incorporated herein.

1

(Civil Complaint Packet)
Ⓐ Attachment A
Ⓑ Attachment B
sc

6.  Relief requested: *See attached complaint for detailed Attachment A*

Plaintiff Requests the following:
- Motion to Set aside judgement and QDRO
- Contempt Charges
- Emergency child support and alimony
- Damages for Civil Rights violation
- Sanctions against attorneys
- Forensic audit and financial transparency

Date: 07/03/25

*Samantha Castlecrass CRNP*
Plaintiff(s) Signature

(I declare under penalty of perjury that the foregoing is True and Correct.

*Samantha Castlecrass*

2

FROM:

Samantha Carter
8 Hampton Way
Dothan, AL 36305
sammiesap@aol.com
(334) 714-8182

To:
U.S. District Court -
Middle District of Alabama
Federal Court (Montgomery Division)
ATTN: Clerk of Court - Civil Intake
Pro Se Filing
One Church St.
Montgomery, AL 36104

☆PRO SE FILING - FEDERAL☆
☆EMERGENCY☆ Includes IFP/motions
Filed under Penalty of Perjury
(Not Notarized) 07/3/25