IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA POOLE CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-494-ECM |
| | ) |
| CADA MILLS CARTER, JR., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On September 16, 2025, the Magistrate Judge entered a Recommendation (doc. 26) that the Plaintiff's motions for preliminary injunction (docs. 3, 4) be denied, to which no timely objections have been filed. On October 14, 2025, the Magistrate Judge entered a Recommendation (doc. 28) that this case be dismissed without prejudice; again, no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendations, it is

ORDERED as follows:

1. The Recommendations of the Magistrate Judge (docs. 26, 28) are ADOPTED;

2. The Plaintiff's motions for preliminary injunction (docs. 3, 4) are DENIED;

3. This case is DISMISSED without prejudice;

4. All pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 14th day of November, 2025.

                                  /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE